# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Adenis Enrique Prieto Refunjol et al, | : | Civil No. 2:20-cv-2099 |
| *Petitioners,* | : | |
| | : | |
| v. | : | |
| | : | Judge Sarah D. Morrison |
| Rebecca Adducci, et al., | : | |
| *Respondents.* | : | |

## NOTICE OF APPEAL

Respondents Rebecca Adducci, et al., appeal to the United States Court of Appeals for the Sixth Circuit from the opinion and order entered in this case, docketed at record 44 and entered on May 14, 2020.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Christopher R. Yates
CHRISTOPHER R. YATES (0064776)
Assistant United States Attorney
Christopher.Yates@usdoj.gov

s/Leah M. Wolfe
LEAH M. WOLFE (0093299)
Assistant United States Attorney
Leah.Wolfe@usdoj.gov

Attorneys for Respondents
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715

2

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Appeal was served this 13th day of July, 2020, electronically on all parties of record.

s/CHRISTOPHER R. YATES  
CHRISTOPHER R. YATES (0064776)  
Assistant United States Attorney