UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ADENIS ENRIQUE PRIETO REFUNJOL,** *et al.*,

:

    Petitioners

  v.

**REBECCA ADDUCCI,** *et al.*,

:

    Respondents.

**Case No. 2:20-cv-2099**
**Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

Petitioners filed their Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order on April 24, 2020. (ECF Nos. 1, 2.) On August 6, 2020, Respondents and all Petitioners except Mory Keita and Alexis Portillo Ramirez entered into a Consent Order, which resolved the matter as to the consenting parties. (ECF No. 64.) Accordingly, Mr. Keita and Ms. Portillo Ramirez—both of whom are unrepresented by counsel—are the only remaining Petitioners. (*See* ECF Nos. 60, 65, 69.) Respondents voluntarily dismissed their interlocutory appeal on September 9, 2020. (ECF No. 81.) Nothing further has been filed since that date.

The parties are hereby **DIRECTED** to file a written **REPORT** detailing the status of this case **ON OR BEFORE DECEMBER 16, 2020**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

1

**IT IS SO ORDERED.**

        /s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**